HONORABLE ROBERT S. LASNIK

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANA LUGO,<br><br>                                    Plaintiff,<br><br>vs.<br><br>HIGHLINE SCHOOL DISTRICT,<br><br>                                   Defendant. | Case No. 2:21-cv-00147-RSL<br><br>DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY |

COMES NOW Defendant HIGHLINE SCHOOL DISTRICT ("HSD") by and through its attorneys of record of the law firm of Evans, Craven & Lackie, P.S., and enter this Answer to Plaintiff's Complaint for Violations of USERRA, Demand for Damages and Trial by Jury, as follows:

**I.  PARTIES AND JURISDICTION**

1.1   Admit.

1.2   Admit.

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1.3   Without admitting the truth of the "acts complained of," HSD admits that the alleged acts set forth in the Complaint occurred in the Western District of Washington.

1.4   Admit.

1.5   Admit.

1.6   Admit.

## II.  FACTS

2.1   HSD incorporates the above paragraphs as set forth verbatim herein.

2.2   Admit.

2.3   HSD admits that it first hired Plaintiff in November 2005 as a tutor and paraeducator. HSD admits that it then hired Plaintiff in November 2006 and November 2007 as a tutor.

2.4   HSD admits that in December 2007 it hired Plaintiff as a paraeducator and an office assistant. That position lasted through June 2008. HSD admits the remaining allegations contained in Paragraph 2.4 of Plaintiff's Complaint.

2.5   Admit.

2.6   Admit.

2.7   Admit.

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

2.8   HSD denies the allegation contained in Paragraph 2.8 of Plaintiff's Complaint.

2.9   Admit.

2.10   HSD is without sufficient information to admit or deny the allegations contained in Paragraph 2.10 of Plaintiff's Complaint and therefore deny the same.

2.11   HSD denies the allegations contained in Paragraph 2.11 of Plaintiff's Complaint.

2.12   HSD denies the allegations contained in Paragraph 2.12 of Plaintiff's Complaint.

2.13   HSD denies the allegations contained in Paragraph 2.13 of Plaintiff's Complaint.

2.14   HSD denies the allegations contained in Paragraph 2.14 of Plaintiff's Complaint.

2.15   HSD denies the allegation contained in Paragraph 2.15 of Plaintiff's Complaint.

2.16   HSD is without sufficient information to admit or deny the allegations contained in Paragraph 2.16 of Plaintiff's Complaint and therefore deny the same.

2.17   HSD is without sufficient information to admit or deny the allegations contained in Paragraph 2.17 of Plaintiff's Complaint and therefore deny the same.

2.18   HSD is without sufficient information to admit or deny the allegations contained in Paragraph 2.18 of Plaintiff's Complaint and therefore deny the same.

2.19   Admit.

2.20   Admit.

2.21   HSD is without sufficient information to admit or deny the allegations contained in Paragraph 2.21 of Plaintiff's Complaint and therefore deny the same.

2.22   HSD admits that in July 2019, Plaintiff called Laura Castaneda and advised her that her military leave had been extended to January 2020.  HSD is without sufficient information to admit or deny the remaining allegations in Paragraph 2.22 and therefore denies the same.

2.23   HSD admits that on November 4, 2019, Plaintiff emailed Candy Yarbrough a letter "explaining [her] symptoms" and asking how to get the letter to her neurologist.  HSD admits that Ms. Castaneda thereafter emailed Plaintiff as depicted in Paragraph 2.23 of Plaintiff's Complaint.

2.24 HSD is without sufficient information to admit or deny the allegations contained in Paragraph 2.24 of Plaintiff's Complaint and therefore deny the same.

2.25 HSD denies the allegations contained in Paragraph 2.25 of Plaintiff's Complaint.

2.26 HSD denies the allegations contained in Paragraph 2.26 of Plaintiff's Complaint.

2.27 HSD admits that Laura Castaneda had a phone conversation with Plaintiff around February 2020, but denies the allegations contained in Paragraph 2.27 of Plaintiff's Complaint regarding the content of that conversation.

2.28 HSD denies the allegations contained in Paragraph 2.28 of Plaintiff's Complaint.

2.29 Admit.

2.30 HSD denies the allegations contained in Paragraph 2.30 of Plaintiff's Complaint.

2.31 HSD denies the allegations contained in Paragraph 2.31 of Plaintiff's Complaint.

2.32 Admit.

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

2.33   HSD denies the allegations contained in Paragraph 2.33 of Plaintiff's Complaint.

2.34   Admit.

2.35   HSD is without sufficient information to admit or deny that DOL/VETS conducted an investigation, but admit that DOL/VETS incorrectly concluded that HSD violated USERRA.

2.36   HSD admits that the District then offered to reemploy Ms. Lugo. HSD denies the remaining allegations contained in Paragraph 2.36 of Plaintiff's Complaint.

2.37   Paragraph 2.37 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, HSD deny all allegations in this paragraph.

2.38   Admit.

### III.   CAUSES OF ACTION

**CAUSE OF ACTION NO. 1- VIOLATION OF 38 U.S.C. § 4312-4313**

3.1   Paragraph 3.1 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, HSD denies all allegations in this paragraph.

3.2   Admit.

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 6

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

3.3   Admit.

3.4   HSD is without sufficient information to admit or deny the allegations contained in Paragraph 3.4 of Plaintiff's Complaint and therefore deny the same.

3.5   HSD denies the allegations contained in Paragraph 3.5 of Plaintiff's Complaint.

3.6   Paragraph 3.6 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, HSD denies all allegations in this paragraph.

3.7   HSD denies the allegations contained in Paragraph 3.7 of Plaintiff's Complaint.

3.8   HSD denies the allegations contained in Paragraph 3.8 of Plaintiff's Complaint.

3.9   HSD denies the allegations contained in Paragraph 3.9 of Plaintiff's Complaint.

3.10   HSD denies the allegations contained in Paragraph 3.10 of Plaintiff's Complaint.

///

///

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 7

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CAUSE OF ACTION NO. 2 – VIOLATION OF RCW 49.60.180

3.11 Paragraph 3.11 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, HSD denies all allegations in this paragraph.

3.12 HSD denies the allegations contained in Paragraph 3.12 of Plaintiff's Complaint.

3.13 HSD denies the allegations contained in Paragraph 3.13 of Plaintiff's Complaint.

## CLAIM FOR LIQUIDATED DAMAGES

3.14 Paragraph 3.14 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, HSD denies all allegations of liability.

3.15 Paragraph 3.15 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, HSD denies all allegations of liability.

## IV.   PRAYER FOR RELIEF

HSD denies that Plaintiff is entitled to any relief from HSD in this matter, and further denies the existence, nature and extent of Plaintiff's claimed injuries and damages.

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 8

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## JURY DEMAND

In accordance with F.R.C.P. 38 and pursuant to the Seventh Amendment, Defendant hereby joins in Plaintiff's demand that this matter appear before a jury.

## AFFIARMATIVE DEFENSES

1. Plaintiff failed to seek reemployment with Defendant upon her return from leave, and as such, she failed to state a claim upon which relief can be granted;

2. Plaintiff failed to maintain her teaching certificate as required by Washington law, and therefore was not "qualified" as required by USERRA in order to return to her teaching position with Defendant.

3. Plaintiff has failed to mitigate her damages, if any.

4. Plaintiff's claimed injuries and damages are the result of Plaintiff's own actions or inactions.

DATED this 22nd day of March, 2021.

EVANS, CRAVEN & LACKIE, P.S.

By:   *s/ Michael E. McFarland, Jr.*
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendant

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 9

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Matthew Z. Crotty
Crotty & Son Law Firm PLLC
905 W. Riverside, Suite 404
Spokane, WA  99201
Email:  matt@crottyandson.com

Thomas G. Jarrard
The Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA  99201
Email:  tjarrard@att.net

    *s/ Michael E. McFarland, Jr.*
MICHAEL E. McFARLAND, #23000
Attorney for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

ANSWER TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY - page 10

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632