IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ANA LUGO,

                Plaintiff,

vs.

HIGHLINE SCHOOL DISTRICT,

                Defendant.

Case No. 2:21-cv-00147-RSL

ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT
COSTS

---

THIS MATTER coming before the Court upon the joint stipulation of the parties for dismissal of all claims and causes of action against Defendant and having reviewed the files and records, and good cause appearing; now, therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action against Defendant are hereby **DISMISSED** with prejudice and without costs to either party.

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - page 1

Dated this 19th day of May, 2021.

_MN S Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:     _s/ Michael E. McFarland, Jr._
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendant

Approved as to Form;
Notice of Presentment Waived:

CROTTY & SON LAW FIRM PLLC

By:     _s/Matthew Z. Crotty_
        MATTHEW Z. CROTTY #39284
        Attorneys for Plaintiff

THE LAW OFFICE OF THOMAS G. JARRARD, PLLC

By:     _s/Thomas G. Garrard_
        THOMAS G. JARRARD, #39774
        Attorneys for Plaintiff

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - page 2